IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | | |
|---|---|---|---|
| Civil Action: | 14-cr-00182-RBJ | Date: | September 8, 2014 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: | Kara Spitler |
| Interpreter: | N/A | Probation: | N/A |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff(s)** | Daniel E. Burrows |
| v. | |
| BARBARA SOBOTT<br>**Defendant(s)** | David E. Johnson |

### COURTROOM MINUTES

**CHANGE OF PLEA HEARING/IMMEDIATE SENTENCING**

Court in session:  9:34 a.m.

Appearances of counsel.

Defendant is present on bond.

The Plea Agreement (Court Exhibit 1) and Defendant's Statement in Advance of Plea of Guilty (Court Exhibit 2) are tendered to the Court.

Defendant is sworn.

Defendant's right to trial by jury and other constitutional rights explained.

Factual basis for the plea stated.

Defendant advised of maximum penalties, sentencing guidelines and limited appeal rights.

Defendant enters plea of guilty to Count 3 of the Indictment pursuant to the plea agreement.

The Court finds that the defendant has knowingly, intelligently, and voluntarily entered a plea of guilty.

**ORDERED**: **The plea of guilty to Count 3 of the Indictment entered by the defendant is accepted, the defendant is found guilty of the crime charged in Count 3 of the Indictment.**

**Counts 1, 2, and 4 through 25 are DISMISSED.**

The Court proceeds to immediate sentencing.

Argument given on sentencing.

**ORDERED:** Defendant is sentence to **4 years probation** as to Count 3 of the Indictment.

**ORDERED:** **Conditions** of Probation that:
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall not illegally possess controlled substances. Drug testing condition is waived.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:** **Special Condition** of Probation that:
- (**X**) The defendant shall pay restitution in the amount of $44,963.68.
- (**X**) As directed by the probation officer, the defendant shall apply any moneys received from income tax returns, lottery winnings, inheritances, judgments, and any unanticipated or unexpected financial gains to the outstanding court ordered financial obligation.
- (**X**) The defendant shall not incur new charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the installment payment schedule.

**ORDERED:** Interest on restitution is waived, no fine is imposed.

**[24] Motion for Preliminary Order of Forfeiture is GRANTED in the amount of $4476.24**

Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

Court in Recess:  10:25 a.m.          Hearing concluded.          Total time in Court:  00:51